UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 8 11
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, P R

GERARDO RAMOS SANTOS
    Plaintiff

vs.

CIVIL NO. 96-1979 (JP)

NATANAEL RUIZ VAZQUEZ, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 23, 1999<br>**Docket:** #73<br>[X] **Plffs**      [] **Defts**<br>**Title:** Urgent Motion to Have the Court Disregard the Amended Complaint [docket Number 71 or 72] and for leave to file Second Amendment Complaint Tendered Therein. | **GRANTED.** The Court hereby **SETS** a status conference in the instant case for January 7, 2000 at 4:00 p.m. |

Date: 12/6/99

JAIME PIERAS, JR.
U.S. Senior District Judge

(3)

Rec'd:      EOD:

By:      #73