RECEIVED & FILED
'00 JAN 12 AM 9 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff

vs.

CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO, et al.
    Defendants

## O R D E R

### RULING

The parties met with the Court on January 7, 2000 for a Status Conference. During the status conference, Plaintiff informed the Court that several defendants have yet to be served, although they will soon be served. During the conference, the Court, with the agreement of the parties, set an Initial Scheduling Conference for June 13, 2000 at 2:00 p.m.

Date: 1/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

(3)

| Rec'd: | EOD: |
|--------|------|
| By: | # 75 |