

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
Plaintiff

vs.                                                             CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO, et al.
Defendants

## <u>O R D E R</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** April 7, 2000<br>**Docket:** # 77<br>[X] **Plffs**            [] **Defts**<br>**Title:** Urgent Motion for the Issuance of Summons and Request for Enlalrgment of Time to Summon Defendant | **GRANTED IN PART.** The Clerk shall issue the summons for Defendants Rafael Oliver Báez, Luis A. Feliciano Cruz, Eddie Flores Tirado, José J. García Vega, Eduardo Rosario, Sergeant Rodríguez, Ariel Rodríguez, Alfredo Torres, William Torres Santiago, Iboll Martínez, José Castellar Pacheco, and Zoé Laboy. These Co-Defendants shall be served on or before **May 19, 2000.**  The Court has set a Further ISC for June 13, 2000.  In anticipation of this ISC, the Court expects the parties, and in particular Department of Justice, to be well versed with regards to the factual matters that pertain to the Defendants that have yet to be served.  Law No. 9 does not preclude the Government from knowing the factual aspects of this case. |

By

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

**Date**:  April 12, 2000

| Rec'd: | EOD: |
|---|---|
| **By:** | #78 |

3