IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          June 2, 2000

BEFORE HONORABLE JUDGE JAIME PIERAS JR.

COURTROOM DEPUTY:                **CIVIL NO. 96-1979(JP)**

COURT INTERPRETER:               COURT REPORTER:

---

**GERARDO RAMOS-SANTOS**               Attorney(s) for Plaintiff:

Plaintiff

    vs.

**WILFREDO RAMOS TIRADO, ET AL**        Attorney(s) for Defendant:

Defendant

---

By order of the Court, the **Initial Scheduling Conference** set for June 13, 2000 is **rescheduled to July 3, 2000 at 2:00PM.** Parties to be notified.

                                         Courtroom Deputy Clerk

(3)

