UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



GERARDO RAMOS SANTOS
    Plaintiff
vs.
                                                                                     CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** June 7, 2000<br>**Docket:** # 85<br>[ ] **Plffs** [X] **Defts**<br>**Title:** Motion Requesting an Extension of Time to Answer or Otherwise Plead | **GRANTED.** The appearing Defendants shall answer or otherwise plead on or before **July 3, 2000**. |

Date: 6/9/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By:     # 87