UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Gerardo Ramos Santos,

PLAINTIFF

v.

Natanael Ruiz Vázquez, José Feliciano Suárez, Wilfredo Ramos Tirado, Marcelino Rivera Alicea, Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. García Vega, Joel Cabá Caraballo, Eduardo Rosario, Sergeant Rodríguez, Ariel Rodríguez, Alfredo Torres, William Torres Santiago, Iboll Martínez, José Castellar Pacheco, Zoé Laboy and other unidentified custody officers

DEFENDANTS

CIVIL NO. 96-1979 (JP)

Re: Request for damages and injunctive relief for the deprivation of Plaintiff's civil rights under the First, Eight and Fourteenth Amendments to the United States Constitution and under 42 U.S.C. §1983. Demand for Jury Trial.

## ORDER

    Plaintiff in this case, Gerardo Ramos Santos, is an inmate of the Division of Corrections of the Commonwealth of Puerto Rico, incarcerated at the Maximum Security section of the Ponce Correctional Complex, known as "Las Cucharas" prison. Plaintiff has brought this civil action seeking monetary damages and injunctive relief against defendants for several beatings that took place on June 2, 1996 and on April 24, 1997, and for the retaliatory conduct exhibited by officers and supervisors of Ponce's Correctional System.

    In order to gain access and notify the defendants of this action, plaintiff requested that service of process be carried out by the United States Marshals. According to this request, the United States Marshals summoned most of the defendants in this case with the exception of the following defendants, employees of the Administration of Corrections of the Commonwealth of Puerto Rico, which where not available:




2

A. **Luis A. Feliciano Cruz** - Is or was a custody officer of the Administration of Corrections of the Commonwealth of Puerto Rico. He was stationed at the Ponce Correctional Complex on June 2, 1996.

The United States Marshall that attempted to summon this defendant, was informed that apparently, Luis A. Feliciano Cruz, is currently under disability leave.

b. **Sergeant Rodríguez** - Is or was an officer of the Administration of Corrections of the Commonwealth of Puerto Rico. He was Supervisor of the Support Unit known as "Boinas Especiales" at Ponce's Correctional Complex on April 24, 1997.

The United States Marshall that attempted to summon this defendant, was informed that apparently, Sergeant Rodríguez, is currently under disability leave.

c. **Ariel Rodríguez** - Is or was a custody officer of the Administration of Corrections of the Commonwealth of Puerto Rico. He was stationed at the Ponce Correctional Complex on April 24, 1997.

The United States Marshall that attempted to summon this defendant, was informed that apparently, Ariel Rodríguez, is currently under training at the Puerto Rico Police Academy in Gurabo.

d. **Alfredo Torres** - Is or was a custody officer of the Administration of Corrections of the Commonwealth of Puerto Rico. He was stationed at the Ponce Correctional Complex on April 24, 1997.

The United States Marshall that attempted to summon this defendant, was informed that Alfredo Torres is no longer working in Ponce's Correctional Complex. His whereabouts are unknown at this time.

e. **William Torres Santiago** - Is or was an officer of the Administration of Corrections of the Commonwealth of Puerto Rico. He was Superintendent of Maximum Security of the Ponce Correctional Complex on June 2, 1996 and on April 24, 1997.

The United States Marshall that attempted to summon this defendant, was informed that apparently, William Torres Santiago is working as superintendent at the Mayagüez Correctional Facility.

In order for the United States Marshals to summon defendants Luis A. Feliciano Cruz, Sergeant Rodríguez, Ariel Rodríguez, Alfredo Torres and William Torres Santiago, they need to know where these persons may be physically located during working hours.

3

WHEREFORE, in order to discover the whereabouts of these defendants, IT IS HEREBY ORDERED that in the next ten (10) days, the Corrections Administrator of the Commonwealth of Puerto Rico, Mrs. Zoe Laboy, or any other person she shall designate to follow this order, shall inform where defendants Luis A. Feliciano Cruz, Sergeant Rodríguez, Ariel Rodríguez, Alfredo Torres and William Torres Santiago can be located to be summoned by the United States Marshals during working hours (from 9:00 a.m. to 6:00 p.m.) and make them available.

IT IS FURTHER ORDERED that this information must be (1) filed in this Court, (2) delivered to the United States Marshals, and to (3) plaintiff's attorney's to the following address:

Rosalie Irizarrry Silvestrini, Esq.
Goldman, Antonetti & Córdova
G.P.O. Box 70364
San Juan, Puerto Rico 00936-0364

In San Juan, Puerto Rico, this 16th day of June, 2000

JAIME PIERAS, JR
U.S. Senior District Judge