UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL 10 AM 8 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

GERARDO RAMOS SANTOS
    Plaintiff
vs.    CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** July 3, 2000<br>**Docket:** # 90<br>[] Plffs [X] Defts<br>**Title:** Motion Requesting an Extension of Time to Answer or Otherwise Plead and a Second Extension of Time. | **GRANTED.** The Department of Justice shall conclude its review of Defendants Ramos, Castellar, Martínez, Rivera, Torres, and Feliciano on or before **August 14, 2000**. Defendants García, Flores, Oliver, and Rosario shall answer or otherwise plead on or before **August 2, 2000**. |

Date: 7/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

s/c (3)

JUL 10 2000