UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs().                                                                  CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 24, 2000<br>**Docket:** # 93<br>[ ] Plffs [X] Defts<br>**Title:** Motion to Clarify Initial Scheduling Conference Order. | **NOTED AND GRANTED.** The Defendants not included in the list of depositions shall also be deposed between December 4, 2000 and December 8, 2000. |

*[signature]*

JAIME PIERAS, JR.
U.S. Senior District Judge

Date:

Rec'd:    EOD:

By:    # 94

3