UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs.                                      CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 14, 2000<br>**Docket:** # 97<br>[ ] Plffs [X] Defts.<br>**Title:** Notice of Apearance. | **NOTED.** The Court **NOTES** the appearance of Attorney Orlando Fernandez from the law-firm of Garcia & Fernandez as attorney of record for co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. Garcia Vega, and Eduardo Rosario. |
| Date: 12/19/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:    EOD:<br>By:     # 98 |

4