UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff

vs.                                                  CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** February 2, 2001<br>**Docket:** # 99<br>[X] Plffs [] Defts<br>**Title:** Motion for Extension of Deadline | **GRANTED.** The Court hereby **GRANTS** Plaintiff's motion to extend the deadline for the parties to announce additional witnesses to **February 26, 2001**. Counsel for both parties are reminded that the terms of the ISC Order specifying the procedure which parties should use to announce additional witnesses past the aforementioned deadline is still in effect. Failure to comply with this procedure, outlined in Section VI of the ISC Order, docket No. 92, **SHALL** result in the <u>automatic denial</u> of any future motion to announce additional witnesses. |
| **Date Filed:** February 5, 2001<br>**Docket:** # 100<br>[] Plffs [X] Defts<br>**Title:** Motion Withdrawing Legal Representation. | **NOTED.** The Court **NOTES** the withdrawal of attorneys Orlando Fernández of the law-firm of García & Fernández as counsel of record for co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. García Vega and Eduardo Rosario. Further, the Court Notes the appearance of Eileen Landrón Guardiola, Esq. on behalf of said co-Defendants. |

Date: 2/14/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By: _____   # 102