UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs.                                                    CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 8, 2001<br>**Docket:** # 101<br>[ ] **Plffs** [X] **Defts**<br>**Title:** Motion Assuming Legal Representation and Request for Extension of Time. | **GRANTED.** The Court hereby **NOTES** the appearance of the Eileen Landon Guardiola, Esq., and Eduardo A. Vera Ramírez., Esq. on behalf of co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. García Vega and Eduardo Rosario. All discovery in this case **SHALL** be concluded on or before **March 30, 2001**. This case has been open from 1996, and the parties have had ample time to prepare for this case. The dispositive motion deadline is **May 30, 2001**. The Court will not grant any further extensions. Further, the **Pretrial** Conference and **Trial** in this case have been postponed as follows:<br>    **Pretrial** is **SET** for **August 2, 2001 at 4:00 p.m.** On **July 3, 2001**, the parties **SHALL** submit a proposed pre-trial order in accordance with **Local Rule 314 (3)**. While at the Pretrial Conference, the attorneys are **ORDERED** to have their clients available by phone, under penalty of fine. Trial is **SET** for **August 13, 2001, at 9:30 a.m.** On **August 3, 2001**, the parties **SHALL**: (1) submit proposed jury instructions, if any, together with citations of authorities in support of the proposed instructions (2) meet and mark all exhibits to be offered at trial, for identification; and (3) notify the Court in writing whether any witnesses will require the assistance of an interpreter. Failure to comply with this Order is at the risk of the proponent of the evidence not submitted in accordance with the above. |

Date: 2/14/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: M    # 103