## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GERARDO RAMOS SANTOS**<br>**Plaintiffs**<br><br>v.<br><br>**WILFREDO RAMOS TIRADO, Et. Al.**<br>**Defendants** | **CIVIL NO.:** 96-1979 (JP) |

### ORDER

Plaintiff in this case, Gerardo Ramos Santos, is an inmate of the Division of Corrections of the Commonwealth of Puerto Rico, incarcerated at the Maximum Security section of the Ponce Correctional Complex, known as "Las Cucharas" prison. Plaintiff has brought this civil action seeking monetary damages and injunctive relief against defendants for alleged beating that took place on June 2, 1996 and April 24, 1997, and for retaliatory conduct exhibited by officers and supervisors of the Ponce Correctional Complex.

In order for the discovery proceedings in this case to continue the defendants need to take the deposition of a witness brought forward by the plaintiff, an inmate Josue Nuñez Correa, whom at the time of the alleged incidents was the plaintiff's cell-mate, but such proceedings cannot continue until they know where this witness may be located whereas he was transferred from the Ponce Correctional Complex.

**WHEREFORE,** in order to discover the whereabouts of inmate Josue Nuñez Correa, **IT IS HEREBY ORDERED** that in the next ten (10) days, the Corrections Administrator of the Commonwealth of Puerto Rico, or any other person he shall so designate to follow this order, shall inform where Mr. Josue Nuñez Correa, can be located and make him available.



CIVIL NO. 96-1979 (JP)

**IT IS FURTHER ORDERED** that this information must be (1) filed in the Court; and (2) notified to the attorneys in this case at the following addresses:

| | |
|---|---|
| **Eileen Landrón Guardiola, Esq.** | **Salvador Antonetti, Esq** |
| **Ramírez Lavandero, Landrón & Vera** | **Gloria Robinson Guarch, Esq.** |
| 154 Rafael Cordero Street, | Federal Litigation Division |
| González Padín Bldg. | Department of Justice |
| 6th Floor | P. O. Box 9020192 |
| Old San Juan, PR 00901 | San Juan, PR 00902-0192 |

**Ramón E. Dapena, Esq.**
Goldman Antonetti & Córdova
P. O. Box 70364
San Juan, PR, 00936-8364

In San Juan, Puerto Rico, on this the _6_ day of _April_, 2001.

_____
Jaime Pieras, Jr.
U.S. District Judge