IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GERARDO RAMOS SANTOS**
**Plaintiffs**

CIVIL NO.: 96-1979 (JP)

v.

**WILFREDO RAMOS TIRADO, Et. Al.**
**Defendants**

## ORDER FOR TAKING OF DEPOSITION

TO : **Mr. Carlos Rodriguez Delgado**
**Superintendent**
Maximum Security Section
Rio Piedras Correctional Complex
"Las Malvinas"
Rio Piedras, Puerto Rico

You are hereby commanded to produce **Mr. José Nuñez-Correa**, at the place, date and time specified below to testify at the taking of a deposition in the above case.

Place: **Maximum Security Section, Rio Piedras Correctional Complex, "Las Malvinas"**
Date: **May 31st, 2001**
Time: **10:00 am**

Said deposition will be taken before a Notary Public authorized to administer oath.
You are hereby advised that the oral examination will continue from day to day until completed, pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED.**

In San Juan, Puerto Rico, on this the __9th__ day of ____May____, 2001.

Jaime Pieras, Jr.
U.S. District Judge