IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GERARDO RAMOS SANTOS**
**Plaintiffs**

CIVIL NO.: 96-1979 (JP)

v.

**WILFREDO RAMOS TIRADO, Et. Al.**
**Defendants**

### ORDER FOR TAKING OF DEPOSITION

TO : **Mr. Gerardo Ramos-Santos**
Maximum Security Section
Ponce Correctional Complex
"Las Cucharas"
Ponce, Puerto Rico

You are hereby commanded to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

Place: **Maximum Security Section, Ponce Correctional Complex, "Las Cucharas", Ponce, Puerto Rico**
Date: **May 22nd, 2001**
Time: **10:00 am**

Said deposition will be taken before a Notary Public authorized to administer oath.
Please be advised that you are to bring all the evidence that you intend to use at time of trial to the deposition.

You are hereby advised that the oral examination will continue from day to day until completed, pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED.**

In San Juan, Puerto Rico, on this the 9th day of May, 2001.

Jaime Pieras, Jr.
U.S. District Judge