# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GERARDO RAMOS SANTOS**
**Plaintiffs**

v.

**WILFREDO RAMOS TIRADO, Et. Al.**
**Defendants**

**CIVIL NO.: 96-1979 (JP)**

## ORDER FOR TAKING OF DEPOSITION

TO : **Mr. William Torres Santiago**
**Superintendent**
Maximum Security Section
Ponce Correctional Complex
"Las Cucharas"
Ponce, Puerto Rico

You are hereby commanded to produce **Mr. Gerardo Ramos-Santos**, at the place, date and time specified below to testify at the taking of a deposition in the above case.

Place:   **Maximum Security Section, Ponce Correctional Complex, "Las Cucharas", Ponce, Puerto Rico**
Date:    **May 22nd, 2001**
Time:    **10:00 am**

Said deposition will be taken before a Notary Public authorized to administer oath.
You are hereby advised that the oral examination will continue from day to day until completed, pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED.**

In San Juan, Puerto Rico, on this the 9th day of May, 2001.

Jaime Pieras, Jr.
U.S. District Judge