UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs.                                                    CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants



**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** May 8, 2001<br>**Docket:** # 110<br>[ ] Plffs [X] Defts<br>**Title:** Urgent Motion Requesting Extension of Time to Conclude Discovery Proceedings and leave to take Deposition Pursuant to rule 30(a)(2) F.R.Civ.P. | **GRANTED.** By Orders dated this same date, the undersigned GRANTED co-Defendants' motion to take the depositions of certain inmates within Puerto Rican correctional institutions, and to extend the discovery proceedings to **May 31, 2001**. As the pretrial and trial dates have been postponed to August 2, 2001 at 4:00 p.m. and August 13, 2001, at 9:30 a.m . respectively, the dispositive motion deadline is hereby **SET** for **June 11, 2001**. All oppositions are due on or before **June 21, 2001**. Any motion not filed within this time-frame **SHALL NOT BE ALLOWED**. There will be no extensions. Further, at the time that said motion is filed, the Court expects the parties to file English-language translations for any non-English language exhibit or attachment. Failure to do so **SHALL** result in the Court **not** considering the arguments premised on said exhibit or attachment. See Local Rule 108.1; see also <u>Gonzalez-Morales v. Hernandez-Arencibia</u>, 221 F.3d 45, 50 n.4 (1st Cir. 2000)(finding that appellants had waived arguments premised on documents for which they had not provided translations); <u>U.S. for Use and Ben. of Elec. Machinery Enterprises of Puerto Rico, Inc. v. Fraya, S.E. and Continental Ins. Co.</u>, 145 F.3d 1, 3 (D. Puerto Rico 1998) (Pieras J.). |

Date:   May 9, 2001

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 115