# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



GERARDO RAMOS SANTOS
    Plaintiff

vs.

WILFREDO RAMOS TIRADO, et al.
    Defendants

CIVIL NO. 96-1979 (JP)

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** May 11, 2001<br>**Docket:** # 116<br>[] **Plffs** [X] **Defts**<br>**Title:** Motion to Withdraw from Legal Representation. | **DENIED.** Pedro J. Perez-Nieves of Rameriz Lavandero & Associates who represents co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. García Vega and Eduardo Rosario has asked this Court for leave to withdraw as legal counsel for said co-Defendants, and has stated that all further notifications should be sent to Attorneys Eduardo A. Vera-Ramírez and Eileen Landrón-Guardiola, of the Department of Justice, who according to Attorney Peres-Nieves, will continue representing the co-Defendants. However, the Department of Justice has not made an appearance in this case on behalf of these co-Defendants. Attorney Pedro J. Perez-Nieves will not be allowed to withdraw from this case <u>unless and until</u> these attorneys make appearances on behalf of these co-Defendants. Therefore, Attorney Pedro J. Perez-Nieves is responsible for all proceedings in this case until this Court orders otherwise. |

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

**Date**:   May 17, 2001

| Rec'd: | EOD: |
|---|---|
| **By:** | # |