UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff

vs.

WILFREDO RAMOS TIRADO, et al.
    Defendants

CIVIL NO. 96-1979 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: March 21, 2001<br>Docket: # 118<br>[ ] Plffs [X] Defts<br>Title: Motion for Reconsideration of Order. | **GRANTED.** In light of the instant motion in which Attorney Pedro J. Perez-Nieves represents that co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. Garciá Vega and Eduardo Rosario have been and are still being represented by Attorneys Eduardo A. Vera-Ramírez and Eileen Landrón-Guardiola, Attorney Perez-Nieves is hereby **GRANTED** leave to withdraw as legal counsel for co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. Garciá Vega and Eduardo Rosario. |

JAIME PIERAS, JR.
U.S. Senior District Judge

Date: May 31, 2001

Rec'd:    EOD:

By: _____ # 120