UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs.
                                    CIVIL NO. 96-1979 (JP)
WILFREDO RAMOS TIRADO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 29, 2001.; June 5, 2001<br>**Docket:** # 119; 121<br>[X] Plffs [X] Defts<br>**Title:** Informative Motion and request for Brief Stay of Proceedings and Other Remedies.; Response to "Informative Motion and request for Brief Stay of the Proceedings and Other Remedies. | **DENIED.** The Court will not get involved in the internal disputes and disagreements between the attorneys who represent co-Defendants Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. Garciá Vega and Eduardo Rosario. The Court will also not alter its case management system on account of such problems, which are of no consequence to this Court. Attorneys Eileen Landron-Guardiola and Eduardo A. Vera Ramirez are responsible for all issues related to this case, regardless of whether they are experiencing difficulties as a result of the break-up of the Ramírez Lavandro Landrón & Vera Law Firm. Therefore, as the Pre-trial and Trial in this case are fast approaching, the instant motion for a stay of the proceedings up to and until June 15, 2001 are hereby **DENIED.** |

Date: 6/7/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By: _____ # 122

5