UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff

vs.                                                  CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 19, 2001<br>**Docket:** # 124<br>[ ] **Plffs** [X] **Defts**<br>**Title:** Informative Motion on Vacation Schedule. | This Court does not organize its case management schedule around the vacation schedule of the attorneys appearing before it. While this Court does not begrudge Attorney Gloria Robison Guarch a vacation, she is nonetheless responsible for **all** issues relating to her client which may arise while she is away. Therefore, the Court advises that she make necessary arrangements so as to insure that her clients are adequately represented for the time that she is away. |

Date: 6/25/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 125

