# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS
    Plaintiff
vs.
WILFREDO RAMOS TIRADO, et al.
    Defendants

CIVIL NO. 96-1979 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 11, 2001<br>**Docket:** # 123<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Motion for Summary Judgment as to Defendants Rafael Oliver Baez, Eddie Flores Tirado, Jose Garcia Vega and Eduardo Rosario | **DENIED.** As the Court has determined that there are genuine issues of material fact still remaining in this case concerning the circumstances under which Defendants used force against Plaintiff, the instant motion for summary judgment is hereby **DENIED**. |

Date: 7/26/01

JAIME PIERAS, JR.
U.S. Senior District Judge



5