**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**



GERARDO RAMOS SANTOS
      Plaintiff

vs.                                                      CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO, et al.
      Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 6, 2001<br>**Docket:** # 137<br>[X] **Plffs** [] **Defts**<br>**Title:** Motion in *Limine* Supporting the Exclusion of Plaintiff's Convictions. | **GRANTED in PART; DENIED in PART.** Defendants <u>shall not be permitted</u> to bring up Plaintiff's convictions unless Plaintiff gives testimony concerning his character. However, the Court will inform the jury of the facts as stipulated by both parties at the July 3, 2000 Initial Scheduling Conference ("ISC"), and as memorialized in the ISC Order (doc. No. 92). The Court **SHALL** initially instruct the jury that "Plaintiff is an inmate of the Division of Corrections of the Commonwealth of Puerto Rico, incarcerated at the Maximum Security Section of the Ponce Correctional Complex, known as "Las Cucharas" prison." |

Date: 8/07/01

JAIME PIERAS, JR.
**U.S. Senior District Judge**

5