UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS,

    Plaintiff

vs.                                                   CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO et al.,

    Defendants

## ORDER

By Order dated August 3, 2001 (docket No. 135), Plaintiff was ORDERED to file proof that he served process on co-Defendants Alfredo Torres and Ariel Rodríguez. As Plaintiff has now done so, Part III, Section 1. of the of the August 2, 2001 Opinion and Order (docket No. 133), dismissing the Complaint against these two co-Defendants is hereby **VACATED**. The record now reflects that co-Defendant Alfredo Torres was served with process on June 20, 2000, and co-Defendant Ariel Rodríguez was served on June 21, 2000. As more than 20 days have passed since each of these co-Defendants were served with process, and since each has failed to answer or otherwise plead, the Court hereby **ORDERS** Plaintiff to move for entry of default against these co-Defendants on or before **August 8, 2001**. Failure to so move will result in the dismissal of the Complaint against these Defendants.

Date: 8/07/01

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #140 |

for notice to R. Vapera 8/7/01

5