UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GERARDO RAMOS SANTOS,

    Plaintiff

vs.       CIVIL NO. 96-1979 (JP)

WILFREDO RAMOS TIRADO et al.,

    Defendants

## ORDER

On August 9, 2001, Plaintiff's attorney informed the Court via telephone that the above captioned case has **settled,** and requested that this Court hold a meeting with the attorneys for the parties in order to "wrap up" all outstanding issues. In view of the fact that the Department of Justice has by letter accepted Plaintiff's offer, the Court hereby **CONTINUES** the trial scheduled for **August 13, 2001** and **GRANTS** Plaintiff's request for a conference with this Court. Said conference **SHALL** be held on **August 23, 2001 at 4:00 p.m..**

BY: *[signature]*

JAIME PIERAS, JR.
U.S. Senior District Judge

Date: August 10, 2001