IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GERARDO RAMOS SANTOS, | |
| Plaintiff | |
| v. | CIVIL NO. 96-1979 (JP) |
| WILFREDO RAMOS TIRADO, et al., | |
| Defendants | |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case. Therefore, pursuant thereto, Plaintiff shall recover from Defendants the sum of **TWENTY THREE THOUSAND DOLLARS ($23,000.00)**. This Judgment is entered **DISMISSING** all claims exercised herein, or in any other forum pertaining to this same subject against Defendants Natanael Ruiz Vázquez, Wilfredo Ramos Tirado, Marcelino Rivera Alicea, Luis A. Feliciano Cruz, Rafael Oliver Báez, Eddie Flores Tirado, José J. García Vega, Joel Caba Caraballo, Eduardo Rosario, Sergeant Rodríguez, Ariel Rodríguez, Alfredo Torres, William Torres Santiago, Iboll Martínez, José Castellar Pacheco, and Zoé Laboy, and any other possible government employee, **WITH PREJUDICE** and without the imposition of costs, interests or attorneys' fees. Attorneys fees will be Thirty Three percent (33%) of the $23,000.00 as per agreement between the Plaintiff and his attorney. To that effect, Defendants upon payment of this Judgment shall deposit with the Clerk of Court two (2) checks, one for FIFTEEN THOUSAND FOUR HUNDRED TEN DOLLARS ($15,410.00) in the name of Plaintiff Gerardo Ramos Santos,

CIVIL NO. 96-1979 (JP)                            2

and another for SEVEN THOUSAND FIVE HUNDRED NINETY DOLLARS ($7,590.00) in the name of Goldman, Antonetti & Córdova.

This Judgment shall not be construed as an acceptance of liability by any of the Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 23rd day of August, 2001.

_____
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

APPROVED BY:

For the Plaintiff:

_____
RAMON E. DAPENA, ESQ.

For Defendants:

_____
EDUARDO VERA, ESQ.

_____
GLORIA ROBISON GUARCH, ESQ.